## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No. 10-06855 SEK |
|---|---|
| **JUAN M DE LEON MORALES** | Chapter 13 |
| Debtor(s) | |

# ANSWER TO MOTION TO DISMISS
# FILED BY CHAPTER 13 TRUSTEE

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That the Chapter 13 Trustee has filed a Motion to Dismiss stating that debtor failure to submit complete documents requested a the meeting of creditors (Dkt#12)

2. That debtor already filed amendments to the Schedule A to include widow usufruct and submitted documents to sustain value of the property. (Dkt# 13)

3. That debtor is submitting evidence of being current with the repayment plan. (See evidence attached)

**WHEREFORE,** it is respectfully requests this Honorable Court to take notice of the aforementioned, deny the trustee's motion requesting dismissal.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 17 th day of September of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

NUM. 3980855  
BENEFICIARIO  ALEJANDRO OLIVERAS  
FECHA  09/10/2010  
CONCEPTO  CHEQUE OFICIAL  
IMPORTE $  $500.00

Si este cheque oficial se pierde, es destruido o robado, usted o el tomador debe notificar esta Institución de Cheque Oficial Perdido, Destruido o Robado. La Ley de Intrumentos Negociables y Transacciones Bancarias dispone que su reclamación será exigible transcurrido a los 90 días de la fecha del cheque. Antes dicho periodo de tiempo su reclamación no tendrá ningún efecto legal y el Banco podrá pagar el cheque.

